PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:97CR00039-001 (SLR) |
| Charles Peter Bowden | ) |
| Defendant | ) |

**Amended Petition on Probation and Supervised Release**

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Charles Bowden, who was placed on supervision by the Honorable Sue L. Robinson sitting in the court in Wilmington on the 20th day of October, 1997 who fixed the period of supervision at 4 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

See attached

PRAYING THAT THE COURT WILL ORDER that the original petition signed by Judge Thynge on the 25th day of February, 2005, be amended to include the changes reflected in this petition.

I declare under penalty of perjury the foregoing is true and correct

ORDER OF COURT

Considered and ordered this __2d__ day of __March__, 20__05__.

_____
Chief U.S. District Judge

_____
U.S. Probation Officer

Place   Wilmington, Delaware

Date    February 28, 2005

PETITION/BOWDEN
Page 2

**Mandatory Condition:** "While on supervised release, the defendant shall not commit another Federal, state or local crime."

**Evidence:** On February 23, 2005, Mr. Bowden admitted to U.S. Probation Officer Carol Sain that he was a "get away" driver in a shoplifting offense, which occurred January 31, 2005. He advised that he was fully aware that the shoplifting was going to be committed. Charges of shoplifting and conspiracy third degree are pending in New Castle County Court of Common Pleas in this matter.

**Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Evidence:** Mr. Bowden has submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | STL Specimen No. | Drug |
| --- | --- | --- |
| 11/12/2004 | C00207543 | Cocaine and Morphine |
| 02/08/2005 | C00367149 | Marijuana |
| 02/10/2005 | C00366451 | Morphine |

**Special Condition:** "The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer."

**Evidence:** On February 24, 2005, Mr. Bowden was admitted into Mirmont Treatment Program for a term of 14 days. On February 25, 2005, Mr. Bowden left the program without permission.